JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
SKYLER H. PEARSON
Assistant Unites States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Skyler.Pearson@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HARQUESHA MATTHEWS, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.:   2:23-mj-01070-DJA <br><br> **STIPULATION TO CLOSE CASE** |

IT IS STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and James Gallo, Esquire, counsel for the defendant Harquesha Matthews, that the above-captioned matter be closed.

This Stipulation is entered into based upon the following:

1.  On or about June 5, 2024, defendant entered into a Petty Offense Agreement with the United States in which he agreed to plead guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Drugs, in violation of 36 C.F.R. § 4.23(a)(1). *See* ECF No. 13.

2.  The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $1000.00 fine and a

mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel; (iii) complete an eight (8) hour online drug awareness course; (iv) not return to Lake Mead National Recreation Area for a period of six (6) months; and (v) not violate any local, state, or federal laws for a period of six (6) months. If the defendant successfully completes his obligations within six months of unsupervised probation, the court will allow the defendant to withdraw her guilty plea to count one and the government will move to amend count one to reckless driving.

      3.      On June 5, 2024, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 13.

      4.      Since commending her term of unsupervised probation, defendant has successfully completed conditions (i), (ii), (iii), and (iv).

///

///

///

///

///

///

///

///

///

///

///

///

///

5.  As such, the parties jointly request that the defendant be allowed to withdraw her guilty plea to count one and the government moves to amend count one to reckless driving.  The parties also jointly request that the above-captioned matter be closed.

DATED this 20th day of August, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

 /s/ James Gallo                              /s/ Skyler Pearson            
JAMES GALLO, ESQ.                       SKYLER PEARSON
Attorney for Defendant                  Assistant United States Attorney
**HARQUESHA MATTHEWS**

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )   Case No.:   2:23-mj-01070-DJA
vs.                             )
                                )   **ORDER TO CLOSE THE CASE**
HARQUESHA MATTHEWS,             )
                                )
        Defendant.              )
                                )
_____ )

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Harquesha Matthews has successfully completed the conditions of her sentencing.

### **ORDER**

IT IS HEREBY ORDERED that the defendant is allowed to withdraw her guilty plea to count one and that the count one be amended to reckless driving.

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.

DATED this ___26th___ day of August, 2024

_____
UNITED STATES MAGISTRATE JUDGE

4